IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON RIVERA,
D.O.C. # X73975,

    Plaintiff,

v.                                                                 4:20cv532–WS/MAF

J. KYER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed August 30, 2021. The magistrate judge recommends that Defendant's motion to dismiss (ECF No. 19) for failure to exhaust administrative remedies be denied. Defendant has filed no objections to the report and recommendation.

Having considered the record, the court finds that Defendant's motion to dismiss (ECF No. 19) must be denied as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion to dismiss (ECF No. 19) for failure to exhaust administrative remedies is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   12th   day of    October   , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE