UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON RIVERA,
D.O.C. # X73975,

    Plaintiff,

v.                                                                             4:20cv532–WS/MAF

JENNIFER KYER, RN,
EDWARD HAND, HA,
VALERI HOUCK, PA, and
ALEXIS ACOSTA-MARTINEZ, MD,

    Defendants.

_____

ORDER DENYING PETITIONER'S § 2254 PETITION

Before the court is the magistrate judge's second report and recommendation (ECF No. 48) docketed February 13, 2023. The magistrate judge recommends that the petitioner's § 2254 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 48) is ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's motion for summary judgment (ECF No. 39) is DENIED.

3. Defendants' motion for summary judgment (ECF No. 37) is GRANTED.

4. Petitioner's §2254 petition for writ of habeas corpus (ECF No. 1) is DENIED.

5. The clerk is directed to enter judgment stating: "Nelson Rivera's petition for writ of habeas corpus is denied."

6. The clerk shall close the case.

DONE AND ORDERED this __14th__ day of __March__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:15cv567-WS