UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON RIVERA,
D.O.C. # X73975,

    Plaintiff,

v.                                            4:20cv532–WS/MAF

JENNIFER KYER, RN,
EDWARD HAND, HA,
VALERI HOUCK, PA, and
ALEXIS ACOSTA-MARTINEZ, MD,

    Defendants.

_____

## AMENDED ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 48) docketed February 13, 2023. The magistrate judge recommends that Defendants' motion for summary judgment be granted. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the matter, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The order (ECF No. 49) and judgment (ECF No. 50) entered on March 14, 2023, are VACATED.

2. The magistrate judge's second report and recommendation (ECF No. 48) is ADOPTED and incorporated by reference into this order of the court.

3. Plaintiff's motion for summary judgment (ECF No. 39) is DENIED.

4. Defendants' motion for summary judgment (ECF No. 37) is GRANTED.

5. Plaintiff's complaint (ECF No. 1) and this case are DISMISSED.

6. The clerk shall enter an amended judgment stating: "Judgment is entered in favor of Defendants and against Plaintiff."

DONE AND ORDERED this __16th__ day of __March__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE